MICHAEL CARBONE v. TWIN COUNTY GROCERS, INC.

July 14, 1981.

Petition for certification denied.

ANDREW J. MATTSON v. DAVID YAZDAN.

July 14, 1981.

Petition for certification denied.

MARIA PENA v. HARIS V. CHOUDHURY.

July 14, 1981.

Petition for certification denied.

STEPHEN KOTINSKY v. STATE OF NEW JERSEY, BOARD OF TRUSTEES, TEACHERS' PENSION & ANNUITY FUND.

July 14, 1981.

Petition for certification denied.